Stevan Buys, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Thomas Scott Smith, Smith & Smith, Sherman, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Defendant–Appellant David Allan Vogel appeals from the district court's order revoking his pretrial release and ordering his detention pending trial pursuant to 18 U.S.C. § 3148(b). After reviewing the record, we have determined that the district court's order revoking pretrial release is supported by the proceedings below and the factual basis of the decision is not clearly erroneous. *See United States v. Aron,* 904 F.2d 221, 223 (5th Cir.1990). We therefore affirm the order of detention pending trial and revoking pretrial release. Vogel's motion for release pending appeal

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

pursuant to Federal Rule of Appellate Procedure 9(a)(3) is DENIED.

AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Lawrence WESTBROOK, Defendant–
Appellant.**

**No. 08–50946.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Margaret L. Schmucker, Austin, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lawrence Westbrook has moved for leave

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Westbrook has filed a response. Our independent review of the record, counsel's brief, and Westbrook's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.